1  MORGAN, LEWIS & BOCKIUS LLP
   Andrew V. Devkar (State Bar No. 228809)
2  andrew.devkar@morganlewis.com
   2049 Century Park East
3  Suite 700
   Los Angeles, CA 90067-3109
4  Tel. +1.310.907.1000
   Fax: +1.310.907.1001
5
   MORGAN, LEWIS & BOCKIUS LLP
6  Collin W. Park (*pro hac vice*)
   collin.park@morganlewis.com
7  1111 Pennsylvania Avenue, N.W.
   Washington, DC 20004
8  Tel. +1.202.739.3000
   Fax: +1.202.739.3001
9
   MORGAN, LEWIS & BOCKIUS LLP
10 Winstol D. Carter, Jr. (*pro hac vice*)
   winn.carter@morganlewis.com
11 Thomas R. Davis (*pro hac vice*)
   thomas.davis@morganlewis.com
12 Elizabeth M. Chiaviello (*pro hac vice*)
   elizabeth.chiaviello@morganlewis.com
13 1000 Louisiana Street
   Suite 4000
14 Houston, TX 77002
   Tel. +1.713.890.5000
15 Fax: +1.713.890.5001

16 *Attorneys for Defendants LG Electronics Inc., LG Electronics MobileComm*
17 *U.S.A., Inc., and LG Electronics Mobile Research U.S.A., LLC*

18

19
   David Berten (IL Bar # 6200898)
20 dberten@giplg.com
   Alison Aubry Richards (IL Bar # 6285669)
21 arichards@giplg.com
   Hannah Sadler (IL Bar # 6321429)
22 hsadler@giplg.com
   Global IP Law Group, LLC
23 55 West Monroe Street, Suite 3400
   Chicago, IL 60603
24 Telephone: (312) 241-1500

25
   *Attorneys for Plaintiff Ironworks Patents, LLC*
26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONWORKS PATENTS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC.,<br>LG ELECTRONICS MOBILECOMM<br>U.S.A., INC., and<br>LG ELECTRONICS MOBILE<br>RESEARCH U.S.A., LLC,<br><br>        Defendants. | Case No. 3:17-CV-1220-JLS-BLM<br><br>**JOINT MOTION FOR DISMISSAL**<br><br>NO HEARING DATE NECESSARY |

Plaintiff Ironworks Patents, LLC ("Ironworks") and Defendants LG Electronics Inc., LG Electronics Mobilecomm U.S.A., Inc., and LG Electronics Mobile Research U.S.A., LLC, (collectively, "LG") hereby jointly move for the entry of the proposed Order of Dismissal, dismissing without prejudice all claims in this action, with the Parties bearing their own fees and costs. The parties further move for the dismissal to become effective with prejudice on July 15, 2018, unless either Party objects to such dismissal with prejudice prior to July 15, 2018.

January 4, 2018                                  Respectfully Submitted,

/s/ Andrew V. Devkar
MORGAN, LEWIS & BOCKIUS LLP
Andrew V. Devkar (State Bar No. 228809)
andrew.devkar@morganlewis.com
2049 Century Park East
Suite 700
Los Angeles, CA 90067-3109
Tel. +1.310.907.1000
Fax: +1.310.907.1001

MORGAN, LEWIS & BOCKIUS LLP
Collin W. Park (*pro hac vice*)
collin.park@morganlewis.com
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel. +1.202.739.3000
Fax: +1.202.739.3001

MORGAN, LEWIS & BOCKIUS LLP
Winstol D. Carter, Jr. (*pro hac vice*)
winn.carter@morganlewis.com
Thomas R. Davis (*pro hac vice*)
thomas.davis@morganlewis.com
Elizabeth M. Chiaviello (*pro hac vice*)
elizabeth.chiaviello@morganlewis.com
1000 Louisiana Street
Suite 4000
Houston, TX 77002
Tel. +1.713.890.5000
Fax: +1.713.890.5001

*Attorneys for Defendants LG Electronics Inc., LG Electronics MobileComm U.S.A., Inc., and LG Electronics Mobile Research U.S.A., LLC*

|   |   |
|---|---|
| 1 | /s/ *Alison Aubry Richards* |
| 2 | David Berten (IL Bar No. 6200898)<br>dberten@giplg.com |
| 3 | Alison Aubry Richards (IL Bar No. 6285669)<br>arichards@giplg.com |
| 4 | Hannah Sadler (IL Bar No. 6321429)<br>hsandler@giplg.com |

/s/ *Alison Aubry Richards*
David Berten (IL Bar No. 6200898)
dberten@giplg.com
Alison Aubry Richards (IL Bar No. 6285669)
arichards@giplg.com
Hannah Sadler (IL Bar No. 6321429)
hsandler@giplg.com
Global IP Law Group, LLC
55 West Monroe Street, Suite 3400
Chicago, IL 60603
Telephone: (312) 241-1500

Gregory Markow (State Bar No. 216748)
gmarkow@cgs3.com
Crosbie Gliner Schiffman Southard & Swanson LLP ($CGS_3$)
12750 High Bluff Dr., Suite 250
San Diego, California 92130
Telephone: (858) 367-7676

*Attorneys for Plaintiff Ironworks Patents LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 4th day of January, 2018.

/s/ *Andrew V. Devkar*
Andrew V. Devkar

2