UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONWORKS PATENTS, LLC,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 17-CV-1220 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 31) |

　　　　Presently before the Court is the parties' Joint Motion to Dismiss. (ECF No. 31.) The parties have reached a settlement and request the Court dismiss the case. (*See id.* at 3.) The parties also request that the dismissal become effective with prejudice on July 15, 2018. (*Id.*) Good cause appearing, the Court **GRANTS** the parties' Joint Motion and **DISMISSES WITHOUT PREJUDICE** this action in its entirety. As stipulated by the parties, each party shall bear its own attorney's fees and costs. The Clerk of Court shall close the file. The dismissal will be with prejudice as of July 15, 2018. If no party objects before July 15, 2018 the file shall remain closed.

　　　　**IT IS SO ORDERED.**

Dated: January 5, 2018

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge