| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313−1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of California on the following: _X_ Patents or ___ Trademarks:

| **DOCKET NO.**<br>3:17−cv−01220−JLS−BLM | **DATE FILED**<br>6/15/17 | **US District Court** Southern District of California<br>San Diego, CA |
|---|---|---|
| PLAINTIFF<br><br>Ironworks Patents, LLC | | DEFENDANT<br><br>LG Electronics Inc., et al. |

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| **1.** 6,006,114 | **6.** | **11.** |
| **2.** 6,002,390 | **7.** | **12.** |
| **3.** 5,915,239 | **8.** | **13.** |
| **4.** 9,521,269 | **9.** | **14.** |
| **5.** RE39,231 | **10.** | **15.** |

In the above−entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>__ Amendment __ Answer __ Cross Bill __ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| **1.** | **6.** | **11.** |
| **2.** | **7.** | **12.** |
| **3.** | **8.** | **13.** |
| **4.** | **9.** | **14.** |
| **5.** | **10.** | **15.** |

In the above−entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| Order Granting Joint Motion to Dismiss Without Prejudice. |

| CLERK<br><br>John Morrill | (BY) DEPUTY CLERK<br><br>s/ J. Diaz | DATE<br><br>1/5/2018 |
|---|---|---|